# Supreme Court of Florida

THURSDAY, JANUARY 30, 2020

**CASE NO.: SC19-884**

IN RE: AMENDMENTS TO FLORIDA RULES OF APPELLATE PROCEDURE 9.120 AND 9.210

---

The Appellate Court Rules Committee's Time-Sensitive Motion for Extension of Time and Second Request to Postpone Effective Date of Amendments is granted. The Committee is allowed to and including April 15, 2020, in which to file its supplemental report. The effective date of the amendments, as adopted in the Revised Opinion dated November 27, 2019, is hereby postponed until further order of this Court.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, and MUÑIZ, JJ., concur.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

so
Served:

COURTNEY REBECCA BREWER
KRYS GODWIN
JOSHUA E. DOYLE
THOMAS D. HALL